IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

MICHELLE L. GANN and )
CHAD GANN, )
               )
    Plaintiffs, )
               )
v. )  No. 2:10-CV-061
               )
JOHN FAKHARI, )
               )
    Defendant. )

**O R D E R**

  For the reasons provided by the court at its July 29, 2010 telephonic scheduling conference, this civil action is **CONSOLIDATED** with civil action no. 2:09-CV-144. Case no. 2:09-CV-144 is designated as the lead case and all subsequent pleadings shall be filed in case no. 2:09-CV-144 only.

  It is further **ORDERED** that the jury trial presently scheduled for December 6, 2010, is **RESET** to February 28, 2011. All remaining pretrial deadlines contained in the court's scheduling order [2:09-CV-144, doc. 18] are continued to conform with the new trial date.

  **IT IS SO ORDERED**.

                  ENTER:

                    s/ Leon Jordan
                  United States District Judge